**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARDEEP SINGH,<br><br>                                    Petitioner,<br><br>          v.<br><br>Warden of Imperial Regional Detention Facility; Kristi Noem, Secretary of the U.S. Department of Homeland Security; Pamela Bondi, Attorney General of the United States; U.S Immigration Customs Enforcement; U.S. Department of Homeland Security, In their official capacities,<br><br>                                    Respondents. | Case No.:  26cv1012 DMS BJW<br><br>**ORDER GRANTING PETITION** |

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a Return to the Petition in which they concede "Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (Return at 2.)  Accordingly, Respondents are directed to arrange an individualized bond hearing for Petitioner before an immigration judge within seven (7) days of this Order.  On or before **April 3, 2026**, the parties shall file a Status Report confirming Petitioner has been provided with a bond hearing and the result

1

of that hearing.  In that Report, the parties shall also provide their positions on whether a further order on the Petition is necessary or if the case may be dismissed as moot.

**IT IS SO ORDERED**.

Dated:  March 24, 2026

_____
Hon. Dana M. Sabraw
United States District Judge

26cv1012 DMS BJW