# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

| | |
|---|---|
| CASE NUMBER: 26-cv-01012-DMS-BJW | |
| TITLE: Singh v. Warden of Imperial Regional Detention Facility et al | |
| FILED DATE: 8/13/2026 | DOCUMENT NO.: 14, 15 |
| DOCUMENT TITLE: Second Amended Petition for Writ of Habeas Corpus, Motion to Appoint Counsel | |
| DOCUMENT FILED BY: Hardeep Singh | |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

Civ.L.R.83.3.f.1 - Party represented by attorney not permitted to file on their own behalf

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document will remain as filed despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record. |
| ☐ | The Clerk is directed to MODIFY the docket text of the filed document to the following: [ ] |
| ☒ | The document is REJECTED. It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |
| ☐ | Rejected documents will be returned to pro se filer. |

Any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: August 21, 2026 CHAMBERS OF: The Honorable Dana M. Sabraw

cc: All Parties By: [signature]